# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136114(86)(87)(88)(89)(92)

KEITH GAYLE DAVIS,
        Plaintiff-Appellee,

v

FOREST RIVER, INC.,
        Defendant-Appellant,
and

KITSMILLER RV, INC.,
        Defendant.

_____

SC: 136114
COA: 270478
Ingham CC: 04-000064-CP

On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing its reply brief is considered and it is GRANTED IN PART ONLY. The time for filing is extended to September 28, 2009.

Motions by General Motors Company, Chrysler Group LLC, Ford Motor Company, and the Recreational Vehicle Industry Association and the National Marine Manufacturers Association for leave to file briefs *amicus curiae* are considered and they are GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk